# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21CR211 |
| vs. | |
| DOUGLAS SCHMIDT, | ORDER |
| Defendant. | |

The defendant, Douglas Schmidt has filed a Motion to Suppress and Request for Hearing (Filing No. 29). Accordingly,

**IT IS ORDERED:**

1. On or before **September 1, 2021**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **September 8, 2021**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **September 15, 2021**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **September 22, 2021, at 11:30 a.m.** Conferencing instructions will be provided under a separate order.

Dated this 25th day of August, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge